JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KARLA SANDOVAL, an Individual,<br><br>Defendant. | CASE NO. 8:16-cv-00759 –AB(MRWx)<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

Pursuant to the stipulation of Plaintiff Entrepreneur Media, Inc. and Defendant Karla Sandoval and Fed. R. Civ. Proc. 41(a)(1)(A)(ii), the Court hereby ORDERS that this case is dismissed without prejudice.

IT IS SO ORDERED

Dated: September 21, 2016

_____
Honorable André Birotte Jr.
United States District Court Judge